# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LINE MARTIN,**
Appellant,

v.

**DOMINICA A. SANTARELLI, DEBORAH A. SANTARELLI,** his wife, and **CITY OF FORT LAUDERDALE,**
Appellees.

No. 4D18-1510

[November 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE14-022589(11).

Robert F. Reynolds of Slatkin & Reynolds, P.A., Fort Lauderdale, for appellant.

David R. Roy of David R. Roy, P.A., Pompano Beach, for appellees Dominic A. Santarelli and Deborah A. Santarelli.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***